MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
TENESA S. SCATURRO, ESQ.
Nevada Bar No. 12488
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: melanie.morgan@akerman.com
Email: tenesa.scaturro@akerman.com

*Attorneys for Nationstar Mortgage LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| GAIL WHITE-SILVERSTEIN, an individual, | Case No.: 2:17-cv-01983-JAD-PAL |
| Plaintiff, | |
| vs. | **STIPULATION TO EXTEND TIME FOR NATIONSTAR MORTGAGE LLC TO ANSWER OR OTHERWISE PLEAD** |
| NATIONSTAR MORTGAGE, LLC, a foreign limited liability company; EXPERIAN INFORMATION SOLUTIONS, INC., a foreign corporation, | **(FIRST REQUEST)** |
| Defendants. | |

Plaintiff Gail White-Silverstein (**Plaintiff**), and Defendant Nationstar Mortgage LLC (**Nationstar**), by and through counsel, hereby stipulate to an extension of time up to and including September 11, 2017, for Nationstar to answer or otherwise respond to Plaintiff's complaint.

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

1

42595282;1

This is the first request for an extension of this deadline and is not meant for purposes of delay. Counsel was recently retained in this matter and is obtaining relevant documentation to allow it to meaningfully respond to the complaint.

Dated: August 10, 2017

| | |
|---|---|
| **LAW OFFICE OF KEVIN L. HERNANDEZ** | **AKERMAN LLP** |
| */s/Kevin L. Hernandez* | */s/Tenesa S. Scaturro* |
| KEVIN L. HERNANDEZ, ESQ. | MELANIE D. MORGAN, ESQ. |
| Nevada Bar No. 12594 | Nevada Bar No. 8215 |
| 2510 Wigwam Parkway, Suite 206 | TENESA S. SCATURRO, ESQ. |
| Henderson, NV 89074 | Nevada Bar No. 12488 |
| | 1160 Town Center Drive, Suite 330 |
| | Las Vegas, NV 89144 |
| *Attorney for Gail White-Silverstein* | *Attorneys for Nationstar Mortgage LLC* |

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: August 11, 2017