Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
**LAW OFFICE OF KEVIN L. HERNANDEZ**
2510 Wigwam Parkway, Suite 206
Henderson, Nevada 89074
T: (702) 563-4450
F: (702) 552-0408
kevin@kevinhernandezlaw.com
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| GAIL WHITE-SILVERSTEIN, an individual;<br><br>Plaintiff,<br>v.<br><br>NATIONSTAR MORTGAGE LLC, a foreign limited-liability company; EXPERIAN INFORMATION SOLUTIONS, INC., a foreign corporation;<br><br>Defendants. | Case No.: 2:17-cv-01983-JAD-PAL<br><br>**NOTICE OF SETTLEMENT BETWEEN PLAINTIFF AND DEFENDANT NATIONSTAR MORTGAGE LLC** |

Plaintiff, Gail White-Silverstein and Defendant, Nationstar Mortgage LLC ("Nationstar") have reached an agreement in principle to resolve this action as to Nationstar only. Plaintiff and Nationstar anticipate that settlement documents will be finalized within the next thirty (30) days.

*///*

*///*

*///*

*///*

*///*

*///*

*///*

*///*

*///*

*///*

*///*

Therefore, Plaintiff and Nationstar request that the Court vacate all pending deadlines and filing requirements as to Nationstar. Plaintiff and Nationstar further request that the Court set a deadline thirty (30) days from today for either dismissing this action between Plaintiff and Nationstar with prejudice or filing a joint status report regarding settlement.

Dated: September 11, 2017

**LAW OFFICE OF
KEVIN L. HERNANDEZ**

*/s/ Kevin L. Hernandez*
Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
2510 Wigwam Parkway, Suite 206
Henderson, Nevada 89074
kevin@kevinhernandezlaw.com
*Attorney for Plaintiff*

Dated: September 11, 2017

**AKERMAN LLP**

*/s/ Tenesa S. Scaturro*
Melanie D. Morgan, Esq.
Nevada Bar No. 8215
Tenesa S. Scaturro
Nevada Bar No. 12488
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144
melanie.morgan@akerman.com
tenesa.scaturro@akerman.com
*Attorneys for Defendant Nationstar Mortgage LLC*

**IT IS ORDERED** that the settling parties shall have until **October 11, 2017**, to either file a stipulation to dismiss, or a joint status report advising when the stipulation will be filed.

Dated: September 12, 2017

_____
Peggy A. Leen
United States Magistrate Judge

# CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing **NOTICE OF SETTLEMENT BETWEEN PLAINTIFF AND DEFENDANT NATIONSTAR MORTGAGE LLC** was electronically served to the following parties:

Tenesa S. Scaturro
**AKERMAN LLP**
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144
tenesa.scaturro@akerman.com
*Attorneys for Defendant Nationstar Mortgage LLC*

Andrew J. Sharples, Esq.
Jennifer L. Braster, Esq.
**NAYLOR & BRASTER**
1050 Indigo Drive, Suite 200
Las Vegas, Nevada 89145
asharples@naylorandbrasterlaw.com
jbraster@naylorandbrasterlaw.com
*Attorneys for Defendant Experian Information Solutions, Inc.*

Dated: September 11, 2017

*/s/ Caesy Morales*                .
An Employee of the Law Office of Kevin L. Hernandez