MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
TENESA S. SCATURRO, ESQ.
Nevada Bar No. 12488
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: melanie.morgan@akerman.com
Email: tenesa.scaturro@akerman.com

*Attorneys for Nationstar Mortgage LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| GAIL WHITE-SILVERSTEIN, an individual, | Case No.: 2:17-cv-01983-JAD-PAL |
| Plaintiff, | |
| vs. | |
| NATIONSTAR MORTGAGE, LLC, a foreign limited liability company; EXPERIAN INFORMATION SOLUTIONS, INC., a foreign corporation, | **JOINT STATUS REPORT** |
| Defendants. | |

Subject to the approval of the Court, Gail White-Silverstein (**Plaintiff**), and Defendant Nationstar Mortgage LLC (**Nationstar**), by and through counsels of record, submit the following joint status report pursuant to the Court's September 12, 2017 minute entry:

1.      The parties filed a joint notice of settlement on September 11, 2017.  ECF No. 10.  The court entered an order on September 12, 2017 instructing the parties to file either pleadings necessary to dismiss the case of a joint status report regarding settlement by October 11, 2017.  ECF No. 11.

2.      The parties have diligently worked on the settlement agreement during the last 30 days. They have exchanged multiple versions and are working on finalizing the terms.

/ / /

1

3. The parties request an additional 60 days to finalize the settlement agreement and prepare dismissal pleadings to finally resolve this matter.

DATED this 11th day of October, 2017.

**LAW OFFICE OF KEVIN L. HERNANDEZ**

*/s/Kevin L. Hernandez, Esq.*
KEVIN L. HERNANDEZ, ESQ.
Nevada Bar No. 12594
2510 Wigwam Parkway, Suite 206
Henderson, NV 89074

*Attorney for Gail White-Silverstein*

**AKERMAN LLP**

*/s/Melanie D. Morgan, Esq.*
MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
TENESA S. SCATURRO, ESQ.
Nevada Bar No. 12488
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144

*Attorneys for Nationstar Mortgage LLC*

**IT IS SO ORDERED** this 12th day of October, 2017.

Peggy A. Leen
United States Magistrate Judge